UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NEVILS WATTS | CIVIL ACTION |
| VERSUS | NO. 12-1039 |
| N. BURL CAIN, WARDEN | SECTION "H"(4) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Motion for Rule 60(b) Relief (R. Doc. 33) is **DENIED**.

New Orleans, Louisiana, this 6th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE